[S. F. No. 10974.   In Bank.—January 25, 1924.]

A. J. OLIVER, Petitioner, v. THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, et al., Respondents.

[1] APPEAL — TRANSFERS — ERROR ON FACE OF OPINION. — Under the rule stated in *Burke* v. *Maze,* 10 Cal. App. 206, the supreme court does not grant a transfer unless an error appears upon the face of the opinion.

[2] ID.—WRITTEN OPINIONS—CONSTITUTION.—The provision of the constitution requiring the decisions of the supreme court and of the district courts of appeal to be given in writing and the grounds of the decisions stated, applies to *mandamus* proceedings.

APPLICATION for a Writ of Mandate to require correction of a judgment *nunc pro tunc* as to names of defendants. Transferred to District Court of Appeal.

The facts are stated in the opinion of the court.

McKannay & Hunt for Petitioner.

David K. Watkins and Leon A. Blum for Respondents.

THE COURT.—This is an application for a writ of *mandamus* directed to the respondents. An alternative writ was issued by the district court of appeal of the first appellate district, division one, and a peremptory writ denied after hearing, without any written opinion.

[1] Under the rule stated in *Burke* v. *Maze,* 10 Cal. App. 206 [101 Pac. 438], we do not grant a transfer unless an error appears upon the face of the opinion. The constitution provides, article VI, section 24, that ''In the deter-

mination of causes all decisions of the supreme court and of the district courts of appeal shall be given in writing and the grounds of the decision shall be stated.''

[2] This provision applies to *mandamus* proceedings. (*People* v. *District Court of Appeal, ante,* p. 19 [222 Pac. 353].)

The matter is hereby transferred to this court and, in view of the fact that the matter has been considered by the district court of appeal of the first appellate district, division one, the matter is ordered transferred to the district court of appeal of the first appellate district, division one.